# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **JOHN LEWIS WRAY, JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15cv049-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **NORTH CAROLINA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2015 Order.

March 24, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court